FRANKEL v. CENTRAL R. CO. OF NEW JERSEY.

(Supreme Court, Appellate Term. January 8, 1909.)

MASTER AND SERVANT (§ 8*)—CONTRACT OF EMPLOYMENT—TERM—HIRING BY THE MONTH.

An agreement for employment "at $70 a month," in the absence of words to define the period of employment, is not a hiring for a month, but is terminable at will.

[Ed. Note.—For other cases, see Master and Servant, Cent. Dig. § 10; Dec. Dig. § 8.*]

Appeal from Municipal Court, Borough of Manhattan, Eighth District.

Action by Samuel Frankel against the Central Railroad Company of New Jersey. Judgment for plaintiff, and defendant appeals. Reversed, and new trial ordered.

Argued before GILDERSLEEVE, P. J., and BISCHOFF and GUY, JJ.

*For other cases see same topic & § NUMBER in Déc. & Am. Digs. 1907 to date, & Rep'r Indexes

De Forest Bros., for appellant.
Emerich Kohn, for respondent.

BISCHOFF, J. The plaintiff's recovery, upon the basis of an agreement whereby his assignor was employed by the month, is not supported by the record, and the judgment must be reversed. So far as appears, the only proof of the terms of the contract disclosed a hiring "at $70 a month," and it is the settled rule in this jurisdiction that such an agreement, in the absence of words to define the period of employment, is not a hiring for a month, but is terminable at will. Martin v. N. Y. Life Ins. Co., 148 N. Y. 117, 121, 42 N. E. 416.

Judgment reversed, and new trial ordered, with costs to appellant to abide the event. All concur.